IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN MORGANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.C. CHRISTENSEN & ASSOCIATES, INC. | : | NO. 10-4513 |

DATE  June 14, 2011

## N O T I C E

**PLEASE BE ADVISED** that the settlement conference in the above-captioned case has been rescheduled to **Tuesday, July 12, 2011 at 10:30 a.m.** before the Honorable Carol Sandra Moore Wells in Room 3016, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Parties with ultimate settlement authority shall personally attend the conference, <u>unless excused from doing so by the Judge</u>. An insured party shall participate through a representative of the insurer who is authorized to negotiate, and who has authority to settle the matter up to the limits of the opposing parties' existing settlement demand. An uninsured corporate party shall participate through a representative authorized to negotiate, and who has authority to settle the matter up to the amount of the opposing parties' existing settlement demand or offer.

A short settlement memo may be submitted (not required, 3 page maximum) and can be faxed to chambers at least one day prior to the conference.

Sincerely,

Edward Andrews
Deputy Clerk
(215) 597-7833 (Fax -(215)580-2157

cc: G. Gorski, Esq.
cc: M. Mailman, Esq.
cc: R. Perr, Esq.
cc: J. Root, Esq.