IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN MORGANS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-4513 |
| v. | : | |
| J.C. CHRISTENSEN & ASSOCIATES, INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 8th day of July 2011, upon receipt of notice from the parties that the above-captioned case has been settled, it is ORDERED that case is DISMISSED WITH PREJUDICE AND WITHOUT COSTS pursuant to Local Rule 41.1(b).  The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.